**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　BRENDA D. THOMAS | Case No.15-23903CMB |
| 　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>BRENDA D. THOMAS | Chapter 13<br><br>Document No.__47__ |
| 　　　Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __1st__ day of December, 20 20 it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Presbyterian Shadyside
Attn: Payroll Manager
200 Lothrop St
Pittsburgh,PA 15213-

is hereby ordered to immediately terminate the attachment of the wages of BRENDA D. THOMAS, social security number XXX-XX-7371. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRENDA D. THOMAS.

BY THE COURT:

FILED
12/1/20 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23903-CMB |
| Brenda D. Thomas | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brenda D. Thomas, 10114 Pearl Road, Penn Hills, PA 15235-1756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Fred W. Freitag, IV | on behalf of Debtor Brenda D. Thomas Zekep@mcelrathlaw.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Brenda D. Thomas ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com |

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1

       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8