**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brenda D. Thomas**
  Debtor(s)

Bankruptcy Case No.: 15−23903−CMB

Chapter: 13
Docket No.: 53 − 52

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 21st of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/4/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 02:30 PM at https://www.zoomgov.com/j/** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/4/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 15-23903-CMB
Brenda D. Thomas                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda D. Thomas, 10114 Pearl Road, Penn Hills, PA 15235-1756 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14127692 | #+ | Cds/Escallate LLC, Attn:Bankruptcy, 5200 Stoneham Rd Ste 200, North Canton, OH 44720-1584 |
| 14127696 | + | Crd Prt Asso, Attn: Bankruptcy, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14127701 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Macys Bankruptcy Department, P.O. Box 8053, Mason, OH 45040 |
| 14127700 | + | Dominion People, PO Box 26784, Richmond, VA 23261-6784 |
| 14127703 | + | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14174027 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 14127706 | + | National City Mortgage/PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 14182092 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14127707 | + | Pittsburgh Parking Authority, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 14127709 | + | Profess Acct, 633 W Wisconsin Avenue, Milwaukee, WI 53203-1918 |
| 14127710 | + | Rui Credit Services Inc., 225 Broadhollow Road, Melville, NY 11747-4809 |
| 14127711 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV P.O.Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14127688 | + | Email/Text: EBNProcessing@afni.com | Dec 22 2020 05:16:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 14135000 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 05:13:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14127689 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 05:13:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14154894 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 22 2020 04:51:10 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14127690 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2020 04:33:33 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 14127691 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:49:23 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14127693 | + | Email/PDF: cbp@onemainfinancial.com | Dec 22 2020 04:32:05 | Citifinancial/Onemain, Citifinancial Inc., P.O. Box 140489, Irving, TX 75014-0489 |
| 14127694 | | Email/Text: documentfiling@lciinc.com | Dec 22 2020 05:13:00 | Comcast, P.O. Box 3012, Southeastern, PA 19398-3012 |
| 14127695 | | Email/Text: documentfiling@lciinc.com | Dec 22 2020 05:13:00 | Comcast Cable, Post Office Box 3006, Southeastern, PA 19398-3006 |

Case 15-23903-CMB    Doc 54    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14127697 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2020 05:17:00 | Credit Collections Services, P.O. Box 773, Needham, MA 02494-0918 |
| 14127698 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2020 05:17:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14127699 | | Email/Text: Bankruptcy.Consumer@dish.com | Dec 22 2020 05:16:00 | Dish Network, Dept. 9235, Palatine, IL 60055-9235 |
| 14186721 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2020 05:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14127702 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 22 2020 05:17:00 | ER Solutions/Convergent Outsourcing, INC, P.O. Box 9004, Renton, WA 98057-9004 |
| 14127705 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2020 05:16:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14189646 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2020 05:14:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14127708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 04:33:03 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14136971 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14127712 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14127713 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2020 05:14:00 | World Financial Network National Bank, c/o Weinstein & Riley, P.S., P.O. Box 3978, Seattle, WA 98124-3978 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |
| 14127704 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2020         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed

District/off: 0315-2 | User: dsaw | Page 3 of 3
Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 34

**below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Fred W. Freitag, IV | on behalf of Debtor Brenda D. Thomas Zekep@mcelrathlaw.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Brenda D. Thomas ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8