**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BRENDA D. THOMAS

          Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
       vs.
No Respondents.

Case No.:15-23903

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

December 21, 2020

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/26/2015  and confirmed on 12/8/15 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,007.61 |
| Less Refunds to Debtor | 1,839.86 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,167.75 |

| Administrative Fees | |
|---|---:|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 3,000.00 |
| Trustee Fee | 3,066.39 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 6,066.39 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 32,941.48 | 0.00 | 32,941.48 |
| Acct: 7919 | | | | |
| PNC BANK NA | 4,903.39 | 4,903.39 | 0.00 | 4,903.39 |
| Acct: 7919 | | | | |
| ALLY FINANCIAL(*) | 17,900.94 | 17,900.94 | 2,085.32 | 19,986.26 |
| Acct: 8691 | | | | |
| | | | | 57,831.13 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRENDA D. THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRENDA D. THOMAS | 1,839.86 | 1,839.86 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE LEGAL SOLUTIONS LLC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRED W FREITAG IV ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 270.23 | 270.23 | 0.00 | 270.23 |
| Acct: XXX7371 | | | | |
| | | | | 270.23 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 424.83 | 0.00 | 0.00 | 0.00 |
| Acct: 7371 | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0240 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9830 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1570 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9825 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2774 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5034 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5945 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9255 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0617 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8512 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,042.71 | 0.00 | 0.00 | 0.00 |
| Acct: 3931 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7690 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7220 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8296 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5722 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7261 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2957 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7587 | | | | |
| RUI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5268 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6245 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 442.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PA DEPARTMENT OF REVENUE* | 13.30 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7371 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 283.59 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 968.60 | 0.00 | 0.00 | 0.00 |
| Acct: 7371 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                    58,101.36

```
TOTAL CLAIMED
PRIORITY              270.23
SECURED            22,804.33
UNSECURED           5,175.25
```

Date: 12/21/2020                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BRENDA D. THOMAS

            Debtor(s)

    Ronda J. Winnecour
            Movant
            vs.
    No Repondents.

Case No.:15-23903

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 15-23903-CMB

Brenda D. Thomas                                                                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda D. Thomas, 10114 Pearl Road, Penn Hills, PA 15235-1756 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14127692 | #+ | Cds/Escallate LLC, Attn:Bankruptcy, 5200 Stoneham Rd Ste 200, North Canton, OH 44720-1584 |
| 14127696 | + | Crd Prt Asso, Attn: Bankruptcy, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14127701 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Macys Bankruptcy Department, P.O. Box 8053, Mason, OH 45040 |
| 14127700 | + | Dominion People, PO Box 26784, Richmond, VA 23261-6784 |
| 14127703 | + | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14174027 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 14127706 | + | National City Mortgage/PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 14182092 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14127707 | + | Pittsburgh Parking Authority, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 14127709 | + | Profess Acct, 633 W Wisconsin Avenue, Milwaukee, WI 53203-1918 |
| 14127710 | + | Rui Credit Services Inc., 225 Broadhollow Road, Melville, NY 11747-4809 |
| 14127711 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV P.O.Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14127688 | + | Email/Text: EBNProcessing@afni.com | Dec 22 2020 05:16:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 14135000 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 05:13:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14127689 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 05:13:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14154894 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 22 2020 04:50:06 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14127690 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2020 04:33:33 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 14127691 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:32:37 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14127693 | + | Email/PDF: cbp@onemainfinancial.com | Dec 22 2020 04:32:05 | Citifinancial/Onemain, Citifinancial Inc., P.O. Box 140489, Irving, TX 75014-0489 |
| 14127694 | | Email/Text: documentfiling@lciinc.com | Dec 22 2020 05:13:00 | Comcast, P.O. Box 3012, Southeastern, PA 19398-3012 |
| 14127695 | | Email/Text: documentfiling@lciinc.com | Dec 22 2020 05:13:00 | Comcast Cable, Post Office Box 3006, Southeastern, PA 19398-3006 |

District/off: 0315-2 | User: dsaw | Page 2 of 3
Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 34

| 14127697 | + Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2020 05:17:00 | Credit Collections Services, P.O. Box 773, Needham, MA 02494-0918 |
|---|---|---|---|
| 14127698 | + Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2020 05:17:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14127699 | Email/Text: Bankruptcy.Consumer@dish.com | Dec 22 2020 05:16:00 | Dish Network, Dept. 9235, Palatine, IL 60055-9235 |
| 14186721 | + Email/Text: kburkley@bernsteinlaw.com | Dec 22 2020 05:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14127702 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 22 2020 05:17:00 | ER Solutions/Convergent Outsourcing, INC, P.O. Box 9004, Renton, WA 98057-9004 |
| 14127705 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2020 05:16:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14189646 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2020 05:14:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14127708 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 04:42:19 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14136971 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14127712 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14127713 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2020 05:14:00 | World Financial Network National Bank, c/o Weinstein & Riley, P.S., P.O. Box 3978, Seattle, WA 98124-3978 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |
| 14127704 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed**

below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Fred W. Freitag, IV | on behalf of Debtor Brenda D. Thomas Zekep@mcelrathlaw.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Brenda D. Thomas ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8