**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRENDA D. THOMAS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23903

Chapter 13

Document No.: 52

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __5th__ day of __February__, 20 __21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/5/21 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brenda D. Thomas  
    Debtor

Case No. 15-23903-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3  
Date Rcvd: Feb 05, 2021      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda D. Thomas, 10114 Pearl Road, Penn Hills, PA 15235-1756 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14127692 | #+ | Cds/Escallate LLC, Attn:Bankruptcy, 5200 Stoneham Rd Ste 200, North Canton, OH 44720-1584 |
| 14127696 | + | Crd Prt Asso, Attn: Bankruptcy, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14127701 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Macys Bankruptcy Department, P.O. Box 8053, Mason, OH 45040 |
| 14127700 | + | Dominion People, PO Box 26784, Richmond, VA 23261-6784 |
| 14127703 | + | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14174027 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 14127706 | + | National City Mortgage/PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 14182092 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14127707 | + | Pittsburgh Parking Authority, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 14127709 | + | Profess Acct, 633 W Wisconsin Avenue, Milwaukee, WI 53203-1918 |
| 14127710 | + | Rui Credit Services Inc., 225 Broadhollow Road, Melville, NY 11747-4809 |
| 14127711 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV P.O.Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14127688 | + | Email/Text: EBNProcessing@afni.com | Feb 06 2021 05:19:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 14135000 | | Email/Text: ally@ebn.phinsolutions.com | Feb 06 2021 05:17:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14127689 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 06 2021 05:17:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14154894 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 06 2021 04:45:54 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14127690 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2021 04:45:43 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 14127691 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 06 2021 04:45:22 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14127693 | + | Email/PDF: cbp@onemainfinancial.com | Feb 06 2021 05:33:13 | Citifinancial/Onemain, Citifinancial Inc., P.O. Box 140489, Irving, TX 75014-0489 |
| 14127694 | | Email/Text: documentfiling@lciinc.com | Feb 06 2021 05:17:00 | Comcast, P.O. Box 3012, Southeastern, PA 19398-3012 |
| 14127695 | | Email/Text: documentfiling@lciinc.com | Feb 06 2021 05:17:00 | Comcast Cable, Post Office Box 3006, Southeastern, PA 19398-3006 |

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 14127697 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 06 2021 05:19:00 | Credit Collections Services, P.O. Box 773, Needham, MA 02494-0918 |
| 14127698 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 06 2021 05:19:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14127699 | | Email/Text: Bankruptcy.Consumer@dish.com | Feb 06 2021 05:18:00 | Dish Network, Dept. 9235, Palatine, IL 60055-9235 |
| 14186721 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 06 2021 05:19:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14127702 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 06 2021 05:19:00 | ER Solutions/Convergent Outsourcing, INC, P.O. Box 9004, Renton, WA 98057-9004 |
| 14127705 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2021 05:18:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14189646 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2021 05:17:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14127708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14136971 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2021 05:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14127712 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2021 05:17:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14127713 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2021 05:18:00 | World Financial Network National Bank, c/o Weinstein & Riley, P.S., P.O. Box 3978, Seattle, WA 98124-3978 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |
| 14127704 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 3 of 3 |
| Date Rcvd: Feb 05, 2021 | Form ID: pdf900 | Total Noticed: 34 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Fred W. Freitag, IV | on behalf of Debtor Brenda D. Thomas Zekep@mcelrathlaw.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Brenda D. Thomas ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8